## SOUTHERN BUILDING & LOAN ASSOCIATION v. May HOLMES.

### 8 Div. 528.

Supreme Court of Alabama, Special Term.
Sept. 28, 1933.

Lange, Simpson & Brantley, of Birmingham, for petitioner.

Julian Harris and A. J. Harris, both of Decatur, for respondent.

See, also, So. B. & L. Ass'n v. Holmes, ante, p. 1, 149 So. 861.

PER CURIAM.

Petition of the Southern Building & Loan Association for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Southern Building & Loan Association v. May Holmes, 25 Ala. App. 499, 149 So. 859.

Writ denied.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.